# United States Court of Appeals
## For the First Circuit

_____

No. 17-1849

UNITED STATES OF AMERICA,

Appellee,

v.

ISIDRO SUAREZ-REYES,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: December 14, 2018

This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The appeal is summarily dismissed as moot. See lst Cir. R. 270(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Mariana E. Bauza Almonte
Cristina Caraballo-Colon
Billie Kathryn Debrason
Maria Soledad Ramirez-Becerra
Isidro Suarez-Reyes